DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROSA SANTANA,

Appellant,

v.

M. WALKER, D.D.S., P.A.,

Appellee.

No. 2D2024-0193

_____

August 30, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Christopher C. Nash, Judge.

Shaina Thorpe of Thorpelaw, P.A., Tampa, for Appellant.

Stanford R. Solomon and Laura H. Howard of The Solomon Law Group,
P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.


SLEET, C.J., and CASANUEVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.